**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELSAYED HADIEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>DIVERSIFIED CONSULTANTS, INC., d/b/a DIVERSIFIED CONSULTANTS INTERNATIONAL,<br><br>Defendant. | Civil Action Number: 1:17-cv-00075-PAE<br><br>**STIPULATION OF DISMISSAL** |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-3-17
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff ELSAYED HADIEL, and defendant DIVERSIFIED CONSULTANTS, INC., d/b/a DIVERSIFIED CONSULTANTS INTERNATIONAL, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 2, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: /s/ Abraham Hamra
    Abraham Hamra

110 East 59th Street,
Suite 3200
New York, New York 10022
Tel: (646) 590-0571

Sessions Fishman Nathan & Israel
*Attorneys for Defendant*

By: /s/ Aaron Easley
    Aaron Easley

3 Cross Creek Drive
Flemington, NJ 08822
Tel: 908 237 1660

3/3/17

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

_Paul A. Engelmayer_
HON. Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE